IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **EPPIE JAMES SAUNDERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21CV00019 |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **BLAND COUNTY NURSING AND REHABILITATION ("BCNR"),** | ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

It appearing proper, it is **ORDERED** that the Plaintiff's Motion to Dismiss, ECF No. 11, is GRANTED and the plaintiff's action is DISMISSED WITH PREJUDICE as requested.

The Clerk shall close the case and cancel the trial.

ENTER: October 1, 2021

/s/ JAMES P. JONES
Senior United States District Judge